| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS | | |
| Case number (if known) | Chapter 11 | ☐ Check if this an amended filing |

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  EPTMS, INC.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA The Mattress Store

**3. Debtor's federal Employer Identification Number (EIN)**  45-4172188

**4. Debtor's address**

Principal place of business:
9813 Dyer, Suite 300
El Paso, TX 79924
Number, Street, City, State & ZIP Code

El Paso
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  **EPTMS, INC.**            Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

| Debtor | EPTMS, INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
      Number, Street, City, State & ZIP Code

   **Is the property insured?**

   ☐ No

   ☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | EPTMS, INC. | Case number (if known) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/25/2017
MM / DD / YYYY

X _Ricardo Solano_ (signature)
Signature of authorized representative of debtor

Ricardo Solano aka Javier Ricardo Solano Ramirez
Printed name

Title **President**

**18. Signature of attorney**

X _(signature)_
Signature of attorney for debtor

Date 10/25/17
MM / DD / YYYY

**E.P. BUD KIRK**
Printed name

**E.P. BUD KIRK**
Firm name

600 Sunland Park Dr.
Building Four, Ste. 400
El Paso, TX 79912
Number, Street, City, State & ZIP Code

Contact phone  915-584-3773    Email address  budkirk@aol.com

11508650
Bar number and State

# CORPORATE RESOLUTION
## OF THE SOLE DIRECTOR AND SHAREHOLDER
## OF EPTMS, INC.

The undersigned being the sole director and sole shareholder of **EPTMS, INC.**, a Texas corporation, acting without a meeting pursuant to the Business Corporations Act of the State of Texas, does hereby unanimously adopt the following resolutions with the same force and effect as if they had been adopted at duly called regular meetings of the directors and shareholder of **EPTMS, INC.**:

WHEREAS, the corporation is in an adverse financial condition;

NOW, THEREFORE, it is RESOLVED, that **EPTMS, INC.** shall file for reorganization under Chapter 11, United States Code. RICARDO SOLANO, also known as JAVIER RICARDO SOLANO, and also known as JAVIER RICARDO SOLANO RAMIREZ, is authorized as the President to sign all documents and do all things necessary and proper to effect the Chapter 11 case.

FURTHER RESOLVED, that a copy of this Resolution shall be placed in the corporation's minutes book.

Signed at El Paso, Texas effective October 25, 2017.

_____
RICARDO SOLANO
President

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

STATEMENT

Petitioners are qualified to file this Petition and are entitled to the benefits of Title 11, United States Code as voluntary debtors, having not been debtors in a case pending under this Title at any time in the preceding 180 days in which the case was dismissed by the Court for willful failure to abide by orders of the Court, or to appear before the Court in the proper prosecution of the case, or in a case where the voluntary dismissal of a case was requested and obtained following the filing of a request for relief from the automatic stay provided by Section 362 of Title 11, United States Code.

EPTMS, INC.

By: _____
RICARDO SOLANO
Its: President

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re § 
 § 
EPTMS, INC., § Case No.
 § 
 Debtor. § 

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $300.00/hr. |
   | Prior to the filing of this statement I have received | $2,700.00. |
   | Balance Due | Hourly as Earned. |
   | Amount of filing fee remaining to be paid | $ .00. |

2. The source of compensation to be paid to me was:

   __X__ Debtor        _____ Other (Specify)

3. The source of compensation to be paid to me is:

   _____ Debtor        _____ Other (Specify)

4. __X__ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   _____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing (if any), and any adjourned hearings thereof;

d. Representation of the debtor in contested bankruptcy matters as those are defined under the Bankruptcy Rules.

e. [Other provisions as needed] Services necessary and proper to effect a reorganization of the business.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Services unrelated to the reorganization case.

AGREED TO BY THE DEBTOR:

Date: 10/25/2017

EPTMS, INC.

By: Ricardo Solano
RICARDO SOLANO
Its: President

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

10/25/17
Date

/s/ E.P. Bud Kirk
E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, Texas 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

# UNITED STATES BANKRUPTCY COURT
Western District of Texas

In re                                                                             Case No.
    EPTMS, INC.,
        Debtor.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | # OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A. Real Property | | | | | |
| B. Personal Property | | | | | |
| C. Property Claimed as Exempt | | | | | |
| D. Creditors Holding Secured Claims | | | | | |
| E. Creditors Holding Unsecured Priority Claims | | | | | |
| F. Creditors Holding Unsecured Non-Priority Claims | | | | | |
| G. Executory Contracts and Unexpired Leases | | | | | |
| H. Codebtors | | | | | |
| I. Current Income of Individual Debtor(s) | | | | | |
| J. Current Expenditures of Individual Debtor(s) | | | | | |

This is an emergency filing. Schedules and a Statement of Affairs will be filed within 14 days of filing of the Emergency Voluntary Petition.

| Total Number of Sheets in ALL Schedules ▶ | |
|---|---|
| Total Assets ▶ $ | |
| Total Liabilities ▶ $ | |

**United States Bankruptcy Court**
**Western District of Texas**

In re   EPTMS, INC.
                                    Debtor(s)

Case No. _____
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Director and Shareholder of the corporation named as the debtor in this case, hereby verify that the partial attached list of creditors is true and correct to the best of my knowledge. A supplemental list will be filed as soon as practicable.

Date:   10/25/2017         _____/s/ Ricardo Solano_____
                                      Ricardo Solano
                                      aka Javier Ricardo Solano Ramirez
                                      President
                                      Signer/Title

American Express Corporate Card
4315 S. 2700 W
Salt Lake City, UT 84184-0440


American Express Platinum Business
4315 S. 2700 W
Salt Lake City, UT 84184-0440


BMO Harris Bank N.A.
P.O. Box 71951
Chicago, IL 60694-1951


Columbus Capital, LLC
141 E. Palace Ave.
Santa Fe, NM 87501


Coronado Towers
c/o Daxok Texas
P.O. Box 12127
El Paso, TX 79913


Corsicana Bedding
3001 South U.S. Hwy 207
Corsicana, TX 75109


Downstream Properties
4445 N. Mesa
El Paso, TX 79902


El Paso County Tax Assessor/Collector
301 Manny Martinez Dr.
El Paso, TX 79905


El Paso Electric Company
c/o Jeffrey T. Weikert
100 N. Stanton Street
El Paso, TX 79901


El Paso Water Utilities
c/o Daniel Ortiz
1154 Hawkins
El Paso, TX 79925

EP Summit Investment
3737 Gateway West
El Paso, TX 79903


HNMI Two LLC
2934 Beverly Glen Circle #172
Los Angeles, CA 90077


HYIF San Mateo, LLC
1391 Speer Blvd., Ste. 800
Denver, CO 80204


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701


Kingsdown
126 West Holt Street
Mebane, NC 27302


Las Cruces Utilities
680 N. Motel Blvd.
Las Cruces, NM 88007


Maestas & Wand
P.O. Box 91090
Albuquerque, NM 87199


MAZIE'S LLP
109 N. Oregon Street #12
El Paso, TX 79901


MIMCO
6500 Montana
El Paso, TX 79925


NAI 1st Valley
1155 S. Telsvor, Ste. 300
Las Cruces, NM 88011

New Mexico Gas Company
P.O. Box 97500
Albuquerque, NM 87199-7500


Pearl Delta Funding, LLC
c/o Ariel Bouskila Esq.
40 Exchange Place, Suite 1306
New York, NY 10005


Pearl Delta Funding, LLC
100 Williams St., 9th Floor
New York, NY 10038


Rapid Capital Funding
1225 West 190th Street, Suite 400
Gardena, CA 90248


Richard Rosen, Inc.
306 E. Overland Ave.
El Paso, TX 79911


Serta/Dormae
1300 Blackjack
Lockhart, TX 78644


Tar Venture
141 Roadrunner Pkwy, Ste. 141
Las Cruces, NM 88011


Texas Gas Service
c/o Stephanie G. Houle
1301 South Mopac Expressway, Suite 400
Austin, TX 78746


United States Attorney
Civil Process Clerk-
Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Valassis
235 Great Pohd Dr.
Windsor, CT 06095

Weingarien/URI Northtown
P.O. Box 924133
Houston, TX 77292-4133