

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 05, 2017.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| In re § | |
| § | |
| EPTMS, INC., § | Case No. 17-31729-HCM-11 |
| § | |
| Debtor. § | |

### ORDER APPROVING REJECTION OF LEASE
### AT 3510 COORS, ALBUQUERQUE, NEW MEXICO

On this day in these Chapter 11 proceedings the Court considered the Motion of the Debtor EPTMS, INC. to reject its unexpired lease of the premises known as 3510 Coors, Albuquerque, New Mexico from the lessor BOSQUES INVESTMENTS, INC. For good cause shown, and the lease appearing to be burdensome, the rejection of the lease is APPROVED.

###

Submitted by:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park Dr.
Building Four, Ste. 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor