**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 23, 2018.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| EPTMS, INC., | § | Case No. 17-31729-HCM-11 |
| Debtor. | § | |

**ORDER APPROVING FIRST APPLICATION FOR PAYMENT
OF ATTORNEY'S FEES AND EXPENSES**

Came to be considered this date in the captioned proceedings the Application for Payment of Attorney's Fees and Expenses by E.P. BUD KIRK, attorney for the Debtor. The Court has reviewed the same and noted that all required parties in interest received, as appropriate, a copy of the Application and/or notice of the hearing on this Application, and that no objections were filed. The Court finds the Application proper, and such fees and expenses are approved in the total amount of $27,172.15.

# # #

Submitted by:

E.P. BUD KIRK
600 Sunland Park Dr.
Bldg. Four, Suite 400
El Paso, TX   79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor