**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| EPTMS, INC., | § § | CASE NO. 17-31729-HCM |
| | § § | CHAPTER 11 |
| DEBTOR | § § § | |

**ORDER DISMISSING CASE**

CAME ON for hearing the Motion of the United States Trustee to Dismiss Case or, in the Alternative, Convert Case to Chapter 7 (the "Motion"). The Court finds that proper notice was given for the Motion. Based on the record before the Court, the Court finds that cause exists under section 1112 of the Bankruptcy Code to either convert this case to Chapter 7 or dismiss this case, and that based on the facts of this case, the case should be dismissed.

**Therefore, it is hereby ordered, that:**

1. The Motion is granted;

2. The case is dismissed; and

3. The debtor shall pay within 14 days of the entry of this Order to the United States Trustee at P.O. Box 530202, Atlanta, GA 30353-0202, the appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payment must reflect debtor's account number and be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee.

### 

Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
kevin.m.epstein@usdoj.gov