Expedited hearing shall be held on 3/15/2018 at 10:00 AM in El Paso Courtroom. Movant is responsible for notice.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 27, 2018.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EPTMS, INC. | § | CASE NO. 17-31729-HCM |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING MOTION OF UNITED STATES TRUSTEE TO EXPEDITE HEARING ON MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE OR, IN THE ALTERNATIVE, CONVERT CASE TO CHAPTER 7 [Docket No. 124]**

On this date came on for consideration the Motion filed by the United States Trustee requesting an expedited hearing on the Motion of the United States Trustee to Dismiss Case, or, in the Alternative, to Convert Case to Chapter 7 filed on February 26,

2018 (Docket No. 124). The Court finds that the Motion should be granted as set forth below.

IT IS, THERFORE, ORDERED that the Motion of the United States Trustee to Dismiss Case or, in the Alternative, to Convert Case to Chapter 7 is scheduled for expedited hearing on the date and time listed above.

###

Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
E-mail: Kevin.M.Epstein@usdoj.gov