IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| EPTMS, INC., | § | Case No. 17-31729-HCM-11 |
| | § | |
| Debtor. | § | |

## DEBTOR'S RESPONSE TO MOTION OF UNITED STATES TRUSTEE TO DISMISS OR CONVERT CASE

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtor-in-Possession EPTMS, INC. and through its counsel E.P. BUD KIRK files this Response to Motion of UNITED STATES TRUSTEE to Dismiss or Convert Case, and for cause would show:

### I-VII.

The Debtor admits the averments of Motion paragraphs 1 through 7.

### VIII-IX.

Paragraphs 8 and 9 of the Motion merely state legal principals and do not require a response.

### X-XIII.

Debtor agrees there is cause to dismiss or convert the case, and the over-encumbered status of the assets makes administration by a Chapter 7 trustee pointless.

### XIV.

Debtor's counsel undersigned requests a hearing because he has been unable to find out the exact reasons for the Debtor's inability to adhere to its Chapter 11 obligations. He does know that the Debtor has been unable to find any lender willing to issue credit cards to its customers, for purchasers of the better mattresses the Debtor sells, and that has drastically reduced the Debtor's sales volume.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that after a hearing, this case be dismissed, unless unknown circumstances warrant otherwise.

Respectfully submitted this 6th day of March, 2018.

/s/ _____
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

## CERTIFICATE OF SERVICE

I do hereby certify that on the 6th day of March, 2018, I did cause a copy of the foregoing Debtor's Response to Motion of United States Trustee to Dismiss or Convert Case to be mailed to U.S. Trustee, P.O. Box 1539, San Antonio, TX 78205-1539; to EPTMS, INC., 9813 Dyer, Suite 300, El Paso, TX 79924; to Jay W. Hurst, Assistant Attorney General, Bankruptcy & Collections Division MC 008, P.O. Box 12548, Austin, TX 78711-2548; to Corsicana Mattress, c/o Shad Robinson, 100 N. Ritchie Road, Ste. 200, Waco, TX 76712-8544; to WRI North Towne, LLC, c/o Weingarten Realty Investors, 2600 Citadel Plaza Dr., Ste. 125, Houston, TX 77008; to Richard Rosen, Inc., c/o Mounce, Green, Myers, Safi, Paxson, & Galatzan, P.O. Drawer 1977, El Paso, TX 79999; to City of El Paso, c/o Don Stecker, 711 Navarro Street, Ste. 300, San Antonio, TX 78205; to Kingsdown, Inc., c/o Harrel L. Davis, P.O. Box 1322, El Paso, TX 79947-1322; to Mimco, Inc., c/o Herbert Ehrlich, 444 Executive Center Blvd., Ste. 240, El Paso, TX 79902; to Rapid Capital Funding, c/o Corey W. Haugland, James & Haugland, P.C., P.O. Box 1770, El Paso, TX 79949-1770; to Gilbert Malooly, c/o James W. Brewer, P.O. Drawer 2800, El Paso, TX 79999; to Pearl Delta Funding, LLC, c/o Christopher R. Murray, 909 Fannin, Ste. 3700, Houston, TX 77010; and to all parties in interest as shown on the attached list.

/s/ _____
E.P. BUD KIRK

4688-VN-030618

Allen Sigmon Real Estate Group
9201 Montgomery Blvd. NE Bldg. 1
Albuquerque, NM 87111

American Express Corporate Card
4315 S. 2700 W
Salt Lake City, UT 84184-0440

American Express Platinum Business
4315 S. 2700 W
Salt Lake City, UT 84184-0440

Bank of America
Legal Order Processing
NY7-501-02-07
5701 Horatio Street
Utica, NY 13502

Bank of America
310 N. Mesa St. #500
El Paso, TX 79901

BMO Harris Bank N.A.
P.O. Box 71951
Chicago, IL 60694-1951

Bosques Investments, Inc.
c/o Maestas & Ward
P.O. Box 91090
Albuquerque, NM 87190

CMS Property, Inc.
Attn: Ceili Feldkamp
5800 San Francisco Rd. NE
Albuquerque, NM 87109

Columbus Capital, LLC
141 E. Palace Ave.
Santa Fe, NM 87501

Coronado Towers
c/o Jaxon Texas
P.O. Box 12127
El Paso, TX 79913

Corsicana Bedding
3001 South U.S. Hwy 207
Corsicana, TX 75109

Del Rey Estates, LLC
2122 Desert Green
Las Cruces, NM 88011

Del Rey Estates, LLC
c/o MAI 1st Valley
1155 S. Telshor, #300
Las Cruces, NM 88011

Downstream Properties
4445 N. Mesa
El Paso, TX 79902

El Paso County Tax Assessor/Collector
301 Manny Martinez Dr.
El Paso, TX 79905

El Paso Electric Company
c/o Jeffrey T. Weikert
100 N. Stanton Street
El Paso, TX 79901

El Paso Water Utilities
c/o Daniel Ortiz
1154 Hawkins
El Paso, TX 79925

EP Summit Investment
3737 Gateway West
El Paso, TX 79903

HNMI Two, LLC
c/o Leverick & Musselman
5120 San Francisco Rd NE #B
Albuquerque, NM 87109

HNMI Two, LLC
c/o Richard Schoenberg
Schoenberg & Associates
2934 ½ N. Beverly Glen Circle, Ste. 772
Los Angeles, CA 90077-1724

HYIF San Mateo, LLC
1391 Speer Blvd., Ste. 800
Denver, CO 80204

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701

JP Morgan Chase Bank
7598 N. Mesa St.
El Paso, TX 79912

Kabbage, Inc.
925 Peachtree St. N.E. #1688
Atlanta, GA 30309

Kingsdown
126 West Holt Street
Mebane, NC 27302

Las Cruces Utilities
680 N. Motel Blvd.
Las Cruces, NM 88007

MAZIE'S LLP
109 N. Oregon Street #12
El Paso, TX 79901

MIMCO, Inc.
6500 Montana
El Paso, TX 79925

New Mexico Gas Company
P.O. Box 97500
Albuquerque, NM 87199-7500

On Site Holding
c/o Maestas & Ward
P.O. Box 91090
Albuquerque, NM 87190

Pearl Delta Funding, LLC
c/o Ariel Bouskila Esq.
40 Exchange Place, Suite 1306
New York, NY 10005

Pearl Delta Funding, LLC
100 Williams St., 9th Floor
New York, NY 10038

PNM
414 Silver Ave. SW
Albuquerque, NM 87102

Rapid Capital Advance
11900 Biscayne Blvd. #306
Miami, FL 33181

Ricardo Solano
9813 Dyer, Suite 300
El Paso, TX 79924

Richard Rosen, Inc.
306 E. Overland Ave.
El Paso, TX 79911

Santa Fe Utilities
P.O. Box 5439
Santa Fe, NM 87502-5439

Serta/Dormae
1300 Blackjack

Lockhart, TX 78644

Tar Venture
141 Roadrunner Pkwy, Ste. 141
Las Cruces, NM 88011

Texas Gas Service
c/o Stephanie G. Houle
1301 South Mopac Expressway, Suite 400
Austin, TX 78746

United States Attorney
Civil Process Clerk-
Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Valassis
235 Great Pond Dr.
Windsor, CT 06095

Village @ La Orilla, LLC
c/o Peter F. Lindborg
Lindborg & Mazor LLP
550 North Brand Blvd., Suite 1830
Glendale, CA 91203

Village @ La Orilla, LLC
Attn: Phil Lindborg, Managing Member
12809 Donette Ct., NE
Albuquerque, NM 87112

Water Utility Authority
P.O. Box 568
Albuquerque, NM 87103-0568

Weingarten/WRI Northtown
P.O. Box 924133
Houston, TX 77292-41