**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EPTMS, INC. | § | Case No. 17-31729 (HCM) |
| | § | |
| DEBTOR | § | |

## RESPONSE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS TO MOTION TO DISMISS OR CONVERT

The Texas Comptroller of Public Accounts ("Comptroller"), through the Texas Attorney General's Office, responds to the United States Trustee's Motion to dismiss or convert this case (the "Motion").

1. The United States Trustee's Motion was prompted by a notice of default letter sent by the Comptroller to the Debtor for violations of the cash collateral order entered in this case. A copy of the letter is attached as Exhibit 1.

2. The Debtor has failed to pay post-petition sales taxes, in addition to not making payments under the cash collateral order or creating a segregated sales tax account. In particular, the Debtor has not paid sales tax for December 2017 in the amount of over $20,000, including tax, penalty and interest and has failed to timely file or pay its sales tax return for January 2018. A copy of the Comptroller's mainframe computer screen showing the status of the account as of this date is attached as Exhibit 2.

3. The case should be converted. Unless converted, the Debtor will continue to convert sales tax trust funds. This continuing "bleeding" of state funds should be stopped immediately by the appointment of a trustee.

4. The Comptroller believes a trustee should review this case for Chapter 5, and perhaps other, causes of action. The Court will recall the testimony from the final cash

collateral hearing of the extensive intermingling of personal and business finances between the owner and the Debtor.

5. The undersigned Assistant Attorney General has spoken Kevin Epstein of the United States Trustee's office and he has no objection to conversion of the case rather than dismissal.

WHEREFORE, the Comptroller respectfully requests that this case be converted to Chapter 7.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    BRANTLEY STARR
    Deputy First Assistant Attorney General

    JAMES E. DAVIS
    Deputy Attorney General for Civil Litigation

    RONALD R. DEL VENTO
    Assistant Attorney General
    Chief, Bankruptcy & Collections Division

    */s/ Jay W. Hurst*
    JAY W. HURST
    Texas State Bar No. 10315620
    Assistant Attorney General
    Bankruptcy & Collections Division MC 008
    P. O. Box 12548
    Austin, TX 78711-2548
    Telephone: (512) 475-4861
    Facsimile: (512) 936-1409
    jay.hurst@oag.texas.gov

    ATTORNEYS FOR THE TEXAS
    COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on March 6, 2018, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

EPTMS, Inc.
9813 Dyer, Suite 300
El Paso, TX 79924

By Electronic Means as listed on the Court's ECF Noticing System:

- Merwan N Bhatti
  Mounce, Green, Myers, Safi, Paxson
  P.O. Drawer 1977
  El Paso, TX 79999 1977
  bhatti@mgmsg.com

- James W. Brewer
  221 N. Kansas, Ste. 1700
  El Paso, TX 79901
  jbrewer@kempsmith.com,
  tschoemer@kempsmith.com

- Harrel L. Davis
  P.O. Box 1322
  El Paso, TX 79947 1322
  hdavis@eplawyers.com,
  vrust@eplawyers.com;
  vpena@eplawyers.com

- Herbert Ehrlich
  Ehrlich Law Firm
  444 Executive Center Blvd Ste. 240
  El Paso, TX 79902
  herbert@ehrlichlawfirm.com

- Alicia L. Gutierrez
  Moses, Dunn, Farmer & Tuthill, P.C.
  PO Box 27047
  Albuquerque, NM 87125 7047
  alicia@moseslaw.com,
  ronda@moseslaw.com

3

- Corey W. Haugland
  James & Haugland, P.C.
  P.O. Box 1770
  El Paso, TX 79949 1770
  chaugland@jghpc.com

- E. P. Bud Kirk
  600 Sunland Park Drive, Ste. 4-400
  El Paso, TX 79912 5134
  budkirk@aol.com

- Shay Elizabeth Meagle
  Moses, Dunn, Farmer & Tuthill, P.C.
  PO Box 27047
  Albuquerque, New Mexico 87125 7047
  shay@moseslaw.com,
  roberta@moseslaw.com

- Christopher R Murray
  Diamond McCarthy LLP
  909 Fannin, Suite 3700
  Houston, TX 77010
  cmurray@diamondmccarthy.com,
  cburrow@diamondmccarthy.com

- Shad Robinson
  Haley & Olson, P.C.
  100 N. Ritchie Rd., Ste. 200
  Waco, TX 76712 8544
  srobinson@haleyolson.com,
  bperry@haleyolson.com

- Donald P. Stecker
  711 Navarro Suite 300
  San Antonio, TX 78205
  don.stecker@lgbs.com

- United States Trustee - EP12
  615 E. Houston, Suite 533
  San Antonio, TX 78295 1539
  USTPRegion07.SN.ECF@usdoj.gov

- Jameson Joseph Watts
  Husch Blackwell, LLP
  111 Congress Avenue, Suite 1400
  Austin, TX 78701
  jameson.watts@huschblackwell.com,
  Christine.deacon@huschblackwell.com;
  penny.keller@huschblackwell.com

*/s/ Jay W. Hurst*
JAY W. HURST