**Continued hearing shall be held on 4/4/2018 at 01:30 PM in El Paso Courtroom. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 08, 2018.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 17-31729-hcm** |
| **EPTMS, INC.,** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

**ORDER CONTINUING HEARING ON
BMO HARRIS BANK N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC
STAY OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**
[Related to Dkt. #95]

CAME ON FOR CONSIDERATION the Motion of BMO Harris Bank N.A. ("BHB"), a creditor and party in interest, to continue the hearing on its Motion for Relief From the Automatic Stay or, in the Alternative, for Adequate Protection ("Motion to Continue"), filed on March 8, 2018 [Dkt. #132]. The Court finds that the Motion to Continue should be granted. IT IS THEREFORE

ORDERED that the hearing on BMO Harris Bank N.A.'s Motion for Relief From the Automatic Stay or, in the Alternative, for Adequate Protection is continued to the date and time listed above.

AUS-6483729-1 534564/31

# # #

ORDER PREPARED AND SUBMITTED BY:

Jameson Watts
Texas Bar No. 24079552
**HUSCH BLACKWELL LLP**
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4093
Phone: (512) 472-5456
Fax: (512) 479-1101
Jameson.watts@huschblackwell.com

**COUNSEL FOR BMO HARRIS BANK N.A.**