IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: March 15, 2018.

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EPTMS, INC., | § | CASE NO. 17-31729-HCM |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| | § | |

**ORDER DISMISSING CASE WITH A ONE-YEAR BAR TO REFILING**

On March 15, 2018, the Court held a hearing on the Motion of the United States Trustee to Dismiss Case or, in the Alternative, to Convert Case to Chapter 7 (the "Motion"). The Court has considered the evidence before the Court and finds that cause exists to convert the case to chapter 7 or dismiss the case. The Court further finds that dismissal is in the best interests of the creditors and the estate with a one-year bar to refiling a voluntary petition commencing another bankruptcy case under any chapter.

**Therefore, it is hereby ordered, that:**

1. The Motion is granted.

2. The case is dismissed.

3. The debtor is barred from filing a voluntary petition commencing another bankruptcy case under any chapter for one year from entry of this order.

4. By March 22, 2018, the debtor shall provide to the UST information showing its total disbursements for October 25 to November 30, 2017, December 2017, January 2018, February 2018, and March 1-15, 2018.

5. By March 29, 2018, the debtor shall pay to the United States Trustee at P.O. Box 530202, Atlanta, GA 30353-0202, the appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6) for the fourth quarter 2017 and first quarter 2018. The payment must reflect debtor's account number and be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee.

###

Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
kevin.m.epstein@usdoj.gov