**Motion moot as bankruptcy case has been dismissed.**



# SO ORDERED.
## SIGNED this 19th day of March, 2018.

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| In re | § |
| | § |
| EPTMS, INC., | § Case No. 17-31729-HCM-11 |
| | § |
| Debtor. | § |

### ORDER APPROVING ASSUMPTION OF UNEXPIRED LEASE OF 2711 CARLISLE NE, STE. A, ALBUQUERQUE, NEW MEXICO

The Court has this day considered the Motion of the Debtor-in-Possession EPTMS, INC. to approve its assumption of its unexpired lease of 2711 Carlisle NE, Ste. A, Albuquerque, New Mexico, 87110 from the landlord CORONADO TOWERS. No sustainable objections having been filed, after notice and an opportunity for hearing were afforded, the Motion is hereby APPROVED, and the lease is hereby deemed ASSUMED.

### # # #

Submitted by:

E.P. Bud Kirk
Attorney at Law
600 Sunland Park Dr.
Bldg. Four, Suite 400
El Paso, Texas 79912
(915) 584-3773
(915) 581-3452 facsimile