**Motion moot as bankruptcy case has been dismissed.**

**SO ORDERED.**

**SIGNED this 19th day of March, 2018.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re                                           §
                                                §
EPTMS, INC.,                                    §      Case No. 17-31729-HCM-11
                                                §
                   Debtor.                      §
                                                §

### ORDER APPROVING ASSUMPTION OF UNEXPIRED LEASE OF
### 615 S. TELSHOR, LAS CRUCES, NEW MEXICO

The Court has this day considered the Motion of the Debtor-in-Possession EPTMS, INC. to approve its assumption of its unexpired lease of 615 S. Telshor, Las Cruces, New Mexico 88001 from TAR VENTURE. No sustainable objections having been filed, after notice and an opportunity for hearings were afforded, the Motion is hereby APPROVED, and the lease is hereby deemed ASSUMED.

# # #

Submitted by:

E.P. Bud Kirk
Attorney at Law
600 Sunland Park Dr.
Bldg. Four, Suite 400
El Paso, Texas  79912
(915) 584-3773
(915) 581-3452 facsimile

United States Bankruptcy Court
Western District of Texas

In re:                                                         Case No. 17-31729-hcm
EPTMS, INC.                                                    Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-3          User: cardenasr         Page 1 of 1          Date Rcvd: Mar 19, 2018
                             Form ID: pdfintp         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db            +EPTMS, INC.,    9813 Dyer, Suite 300,    El Paso, TX 79924-4794
              +TAR Venture,    141 Roadrunner Pkwy, Ste. 141,    Las Cruces, NM 88011-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
          Alicia L. Gutierrez   on behalf of Creditor    On Sight Holding, LLC alicia@moseslaw.com,
          ronda@moseslaw.com
          Christopher R Murray   on behalf of Creditor    Pearl Delta Funding LLC
          cmurray@diamondmccarthy.com,   cburrow@diamondmccarthy.com
          Corey W. Haugland   on behalf of Creditor    Rapid Capital Funding chaugland@jghpc.com
          Donald P. Stecker   on behalf of Creditor    City Of El Paso don.stecker@lgbs.com
          E. P. Bud Kirk   on behalf of Debtor    EPTMS, INC. budkirk@aol.com
          Harrel L. Davis, III   on behalf of Creditor    Kingsdown, Inc. hdavis@eplawyers.com,
          vrust@eplawyers.com;vpena@eplawyers.com
          Herbert  Ehrlich   on behalf of Creditor    MIMCO INC herbert@ehrlichlawfirm.com
          James W. Brewer   on behalf of Creditor Gilbert  Malooly jbrewer@kempsmith.com,
          tschoemer@kempsmith.com
          Jameson Joseph Watts   on behalf of Creditor    BMO Harris Bank N.A.
          jameson.watts@huschblackwell.com,
          Christine.deacon@huschblackwell.com;penny.keller@huschblackwell.com
          Jay W. Hurst   on behalf of Creditor    Texas Comptroller of Public Accounts
          Jay.Hurst@oag.texas.gov,   sherri.simpson@oag.texas.gov
          Merwan N Bhatti   on behalf of Creditor    Richard Rosen, Inc. bhatti@mgmsg.com
          Shad  Robinson   on behalf of Creditor    Corsicana Mattress Company srobinson@haleyolson.com,
          bperry@haleyolson.com
          Shay Elizabeth Meagle   on behalf of Creditor    On Sight Holding, LLC shay@moseslaw.com,
          roberta@moseslaw.com
          United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                            TOTAL: 14