**Motion moot as bankruptcy case has been dismissed.**

**SO ORDERED.**

**SIGNED this 22nd day of March, 2018.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 17-31729-hcm** |
| **EPTMS, INC.,** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

**ORDER GRANTING MOTION OF BMO HARRIS BANK N.A. FOR RELIEF FROM
THE AUTOMATIC STAY OR, IN THE ALTERNATIVE,
FOR ADEQUATE PROTECTION**

Upon consideration of the Motion of BMO Harris Bank N.A. for Relief from the Automatic Stay or, in the Alternative, for Adequate Protection (the "Motion") [Doc. No. 95] filed by BMO Harris Bank N.A. (the "Bank"), this Court finds that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157/1334; that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); this Court finds and determines that the Motion is to be granted for the following reasons: (i) the Bank has a valid, enforceable, and first priority security interest in the Collateral (as defined below); and (ii) the Debtor is no longer making post-petition payments to the Bank in connection with the Collateral. Accordingly, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

CHD-719657-1 534564/31

2. The Bank has a valid, enforceable, and first priority security interest in the Collateral.

3. The automatic stay is hereby lifted as to the Bank's collateral:

| Agreement | Year | Make | Model | Desc. | VIN |
|---|---|---|---|---|---|
| First | 2016 | Isuzu | N-Series | Truck | JALB4W170G7F00898 |
| | 2016 | Morgan | 16' Van Body | Trailer | MTX49900001 |
| Second | 2016 | Isuzu | N-Series | Truck | JALB4W17G7F00894 |
| | 2016 | Morgan | 16' Van Body | Trailer | MTX49899001 |
| Third | 2016 | Isuzu | N-Series | Truck | JALB4W174G7F00869 |
| | 2016 | Morgan | 16' Van Body | Trailer | MTX49893001 |
| Fourth | 2016 | Isuzu | N-Series | Truck | JALB4W178G7F00891 |
| | 2016 | Morgan | 16' Van Body | Trailer | MTX16VB49895001 |
| Fifth | 2016 | Isuzu | N-Series | Truck | JALB4W174G7F00886 |
| | 2016 | Morgan | 16' Van Body | Trailer | MTX49896001 |
| Sixth | 2016 | Isuzu | N-Series | Truck | JALB4W178G7F00907 |
| | 2016 | Morgan | 16' Van Body | Trailer | MTX49901001 |

(the "Collateral").

4. The Bank may exercise all of its state law and contractual rights and remedies with regard to the Collateral, including, without limitation, obtaining possession of the Collateral, liquidating the Collateral, and applying the proceeds of the liquidation of the Collateral to the Bank's claim.

5. The Debtor shall cooperate with the Bank in allowing the Bank to take possession of the Collateral.

6. The Bank retains all of its rights to assert a deficiency claim against the Debtor.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

8. This Order shall be enforceable immediately, notwithstanding the provisions of Rules 4001(a)(3) and 6004(h) of the Federal Rules of Bankruptcy Procedure.

# # #

ORDER PREPARED AND SUBMITTED BY:

Jameson Watts
Texas Bar No. 24079552
**HUSCH BLACKWELL LLP**
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4093
Phone: (512) 472-5456
Fax: (512) 479-1101
Jameson.watts@huschblackwell.com

**COUNSEL FOR BMO HARRIS BANK N.A.**



3

United States Bankruptcy Court
Western District of Texas

In re:                                                                                   Case No. 17-31729-hcm
EPTMS, INC.                                                                  Chapter 11
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3         User: cardenasr         Page 1 of 1         Date Rcvd: Mar 22, 2018
                          Form ID: pdfintp      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db           +EPTMS, INC.,   9813 Dyer, Suite 300,    El Paso, TX 79924-4794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
          Alicia L. Gutierrez    on behalf of Creditor    On Sight Holding, LLC alicia@moseslaw.com, ronda@moseslaw.com
          Christopher R Murray    on behalf of Creditor    Pearl Delta Funding LLC cmurray@diamondmccarthy.com, cburrow@diamondmccarthy.com
          Corey W. Haugland    on behalf of Creditor    Rapid Capital Funding chaugland@jghpc.com
          Donald P. Stecker    on behalf of Creditor    City Of El Paso don.stecker@lgbs.com
          E. P. Bud Kirk    on behalf of Debtor    EPTMS, INC. budkirk@aol.com
          Harrel L. Davis, III    on behalf of Creditor    Kingsdown, Inc. hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com
          Herbert Ehrlich    on behalf of Creditor    MIMCO INC herbert@ehrlichlawfirm.com
          James W. Brewer    on behalf of Creditor Gilbert Malooly jbrewer@kempsmith.com, tschoemer@kempsmith.com
          Jameson Joseph Watts    on behalf of Creditor    BMO Harris Bank N.A. jameson.watts@huschblackwell.com, Christine.deacon@huschblackwell.com;penny.keller@huschblackwell.com
          Jay W. Hurst    on behalf of Creditor    Texas Comptroller of Public Accounts Jay.Hurst@oag.texas.gov, sherri.simpson@oag.texas.gov
          Merwan N Bhatti    on behalf of Creditor    Richard Rosen, Inc. bhatti@mgmsg.com
          Shad Robinson    on behalf of Creditor    Corsicana Mattress Company srobinson@haleyolson.com, bperry@haleyolson.com
          Shay Elizabeth Meagle    on behalf of Creditor    On Sight Holding, LLC shay@moseslaw.com, roberta@moseslaw.com
          United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                                                                                     TOTAL: 14